STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
      FAX: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KISHORE KUMAR REDDY DUDDEKUNTA,<br><br>                  Petitioner,<br><br>    v.<br><br>DAVID PEKOSKE, in his official capacity, Acting Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>            Respondents. | C 21-01939 TSH<br><br>**PARTIES' STIPULATION TO DISMISS** |

      Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated his I-485 application.

///

///

///

Parties' Stip to Dismiss
C 21-01939 TSH                       1

1    Each of the parties shall bear their own costs and fees.  In accordance with Civil Local Rule

2  5(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this

3  document.

4  Dated:  April 6, 2021                          Respectfully submitted,

5                                                 STEPHANIE M. HINDS
                                                   Acting United States Attorney
6

7                                                       /s/
                                                   ELIZABETH D. KURLAN
8                                                  Assistant United States Attorney
                                                   Attorneys for Respondents
9

10  Dated: April 6, 2021

11                                                      /s/
                                                   HASHIM G. JEELANI
                                                   Attorney for Petitioner
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28